No. 80–1600. HOLMES *v.* UNION GOSPEL PRESS ET AL. Sup. Ct. Ohio. Certiorari denied.

No. 80–1629. NATIONAL LABOR RELATIONS BOARD *v.* MANHATTAN CORP., MANHATTAN GUEST HOUSE, INC. C. A. 5th Cir. Certiorari denied.

No. 80–1642. ROBINSON ET AL. *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 80–1658. JACOBS ET AL. *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 80–1698. BLOCH *v.* BLOCH ET AL. C. A. 3d Cir. Certiorari denied.

No. 80–1711. STRUTHERS WELLS CORP. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 3d Cir. Certiorari denied.

No. 80–1715. KUHN ET AL. *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 80–1717. READING INDUSTRIES, INC. *v.* KENNECOTT COPPER CORP. ET AL. C. A. 2d Cir. Certiorari denied.

No. 80–1720. PEOPLE VERSUS PORN (PROFIT OF RICHARD NIXON) ET AL. *v.* NIXON. C. A. 9th Cir. Certiorari denied.

No. 80–1721. PEEK, DISTRICT ATTORNEY, STONE MOUNTAIN JUDICIAL CIRCUIT *v.* FITZGERALD ET UX. C. A. 5th Cir. Certiorari denied.

No. 80–1728. YEOHAM ET AL. *v.* UNITED STATES ET AL. C. A. 5th Cir. Certiorari denied.